UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| L. BRIAN WHITFIELD, et al. | ) | |

## ORDER

Pending before the Court is Marsha T. Whitfield's Motion to Enlarge Time Within Which to File Pretrial Motions (Docket No. 28). The Motion is GRANTED.

The deadline for filing pretrial motions for ALL Defendants is extended to November 1, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE